**FILED**

JAN 1 4 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br>ANGELA RENEE JACKSON,<br><br>  Defendant. | Case No. 20cr0166-MSB<br><br>I N F O R M A T I O N<br><br>Title 42, U.S.C., Sec. 1307(a) –<br>**Social Security Fraud (Misdemeanor)** |

The United States Attorney charges:

Count 1

On or about February 8, 2018, within the Southern District of California, defendant ANGELA RENEE JACKSON, with the intent to defraud, made and caused to be made representations with respect to the requirements of the Social Security Act (Title 42, United States Code, Chapter 7) and the rules and regulations issued thereunder, knowing such representations to be false – that is, Defendant knowingly represented to the Social Security Administration on Representative Payee Report Form SSA-6230 that K.S. had lived with Defendant from September 13, 2017 through March 1, 2018, when in truth and in fact, as Defendant then knew, K.S. had never lived with Defendant during that period, all in violation of Title 42, United States Code, Section 1307(a).

DATED: January 14, 2020.

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Jeffrey D. Hill*

Jeffrey D. Hill
Special Assistant U.S. Attorney